Jenna Dakroub, CA #350170
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com
*Attorney for Plaintiff*
*Clarencia D. Jones*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CLARENCIA D. JONES,<br><br>Plaintiff,<br><br>v.<br><br>ONE SOURCE TECHNOLOGY, LLC dba ASURINT<br><br>Defendant. | Case No.: 5:23-cv-01652-MCS-SHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Clarencia D. Jones ("Plaintiff") and Defendant One Source Technology, LLC dba Asurint, ("Asurint"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Asurint. There are no remaining defendants in this matter.

| | | |
|---|---|---|
| 1 | DATED: December 13, 2023 | */s/ Jenna Dakroub* |
| 2 | | Jenna Dakroub, CA #350170 |
| | | **CONSUMER ATTORNEYS** |
| | | 8245 N. 85th Way |
| | | Scottsdale, AZ 85258 |
| | | T: (602) 807-1525 |
| | | F: (718) 715-1750 |
| | | E: jdakroub@consumerattorneys.com |
| | | |
| | | *Attorney for Plaintiff* |
| | | *Clarencia D. Jones* |
| | | |
| | | */s/ Bradley D. Doucette* |
| | | Bradley D. Doucette (SBN 322611) |
| | | SEYFARTH SHAW LLP |
| | | 400 Capitol Mall, Suite 2300 |
| | | Sacramento, California 95814 |
| | | Telephone: (916) 448-0159 |
| | | Facsimile: (916) 558-4839 |
| | | Email: bdoucette@seyfarth.com |
| | | |
| | | *Attorneys for Defendant* |
| | | *One Source Technology, LLC d/b/a Asurint* |